```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
            -v-                                              :         1:21-cr-797-GHW
                                                             :
                                                             :
   EDWIN WALKER and                                          :              ORDER
   VICTOR RIVERA-QUINONES,                                   :
                                                             :
                                   Defendants.   X
------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2022

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on January 11, 2022 at 9:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: January 10, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge