```
USDC SDNY                March 31, 2020
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    2/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

  Edwin Walker        ,

               Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

21 -CR- 797   (GHW)

Defendant __Edwin Walker_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

_X_    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


__/s/ by Sylvie Levine_____        ___/s/ Sylvie Levine_____
Defendant's Signature                             Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Edwin Walker_____        __Sylvie Levine_____
Print Defendant's Name                               Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing or teleconferencing technology.


__February 24, 2022_____                    _____/s/ Gregory H. Woods_____
Date                                                            U.S. District Judge