USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                   :

UNITED STATES OF AMERICA,             :

                      -v-                        :                 1:21-cr-797-GHW-2

EDWIN WALKER,                           :                    <u>ORDER</u>

                   Defendant.  :

-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the EDWIN WALKER, by and through his attorney SYLVIE J. LEVINE, and with the consent of DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, BRANDON D. HARPER, Assistant United States Attorney, of counsel, it is hereby ORDERED that the pretrial conference in this matter scheduled for March 14, 2022 is adjourned to April 25, 2022 at 10:00 am.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the defendant and his counsel to review discovery, and permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through April 25, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

      The Clerk of the Court is directed to terminate the motion pending at Dkt. No. 31.

      SO ORDERED.

Dated: March 10, 2022
New York, New York

                                                                         _____
                                                                          GREGORY H. WOODS
                                                                       United States District Judge