# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 2, 2022

**MEMORANDUM ENDORSED**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 6/5/2022 |

<u>By Email</u>

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  <u>United States v. Edwin Walker</u>
     <u>21 Cr. 797 (GHW)</u>

Dear Judge Woods,

I write to respectfully request a modification to Mr. Walker's bail conditions. Specifically, we ask that the condition of "home detention with electronic monitoring" be replaced with "curfew enforced by electronic monitoring, with the hours to be set at the discretion of Pretrial Services."

Mr. Walker has been compliant with his bail conditions since Your Honor set them on January 14, 2022.[1]  In addition, he has continued to do well at his job and was recently promoted.  At this time, we ask for a curfew so that Mr. Walker has a little more freedom for activities such as getting a haircut, buying clothes for work, and attending medical appointments in New York City.

Pretrial Services by SDNY Officer Jonathan Lettieri (who consulted with DNJ Officer Nicholas Zotti) has no objection to this request.  The government by A.U.S.A. Brandon Harper defers to Pretrial Services.

Thank you for your consideration.

Respectfully submitted,

/s/

Sylvie Levine
Assistant Federal Defender

Application granted.  The conditions of Mr. Walker's pretrial release are modified as follows:  the condition of home detention with electronic monitoring is deleted.  Mr. Walker is ordered to comply with a curfew enforced by location monitoring, with the hours to be set at the discretion of Pretrial Services.  All of the other conditions of Mr. Walker's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 39.

SO ORDERED.
Dated:  June 5, 2022
New York, New York

GREGORY H. WOODS
United States District Judge

[1] The technological issues with Mr. Walker's bracelet – about which Pretrial previously informed the Court – persist, but Mr. Walker has followed all of the rules.