**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

June 7, 2022

**By ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMORANDUM ENDORSED

Re:  **United States v. Edwin Walker**
     **21 Cr. 797 (GHW)**

Dear Judge Woods,

    I write to respectfully request that the Court adjourn the conference currently scheduled for June 13, 2022 for approximately 45 days. The parties are still engaged in plea negotiations; we intend to complete those conversations, but we need additional time to do so. The government, by Assistant United States Attorney Brandon Harper, consents to this application.

    Given the nature of this request, Mr. Walker consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

---

    Application denied without prejudice. Counsel is directed to renew this application in a manner consistent with the Court's Individual Rules of Practice in Criminal Cases, particularly Rule 2E, which requires, among other things, that a party submit a proposed order for the exclusion of time under the Speedy Trial Act to the Court.

    The Clerk of Court is directed to terminate the motion pending at Dkt. No. 41.

SO ORDERED.
Dated: June 7, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge