```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
     UNITED STATES OF AMERICA,                                 :
                                                               :
                                                               :
                        -v-                                    :
                                                               :
                                                               :
     EDWIN WALKER,                                             :
                                                               :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2022

1:21-cr-797-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter on August 22, 2022 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge