**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

September 2, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2022

**By ECF**            **MEMORANDUM ENDORSED**

Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Edwin Walker**
      **21 Cr. 797 (GHW)**

Dear Judge Woods,

    I write to respectfully request a modification to Mr. Walker's bail conditions. Pretrial Services by SDNY Officer Jonathan Lettieri (informed by DNJ Officer Nicholas Zotti) no longer believes location monitoring is necessary and thinks it is appropriate for this condition to be removed. Pretrial also makes clear that Mr. Walker has been compliant with the conditions of his release.

    The government by A.U.S.A. Brandon Harper defers to Pretrial Services and therefore, does not object to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Assistant Federal Defender

Application denied. This letter does not provide sufficient justification for a modification of conditions of the defendant's release prior to sentencing. The Court esteems the judgment of pretrial services, but the opinion presented here is unembellished with an explanation of the changes of fact that drive the recommendation. The Court would wish to evaluate the factual predicate for the recommendation, particularly given that Mr. Walker has pleaded guilty to a presumption offense. Thus, the letter does not provide the Court with sufficient justification to modify Mr. Walker's conditions of release prior to his sentencing.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 50.

SO ORDERED.
Dated: September 3, 2022

_____
GREGORY H. WOODS
United States District Judge