```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                       -v-                                     :      1:21-cr-797-GHW-1
                                                               :
                                                               :
    EDWIN WALKER,                                              :      ORDER
                                                               :
                                                               :
                                                Defendant.     :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2022

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for November 23, 2022 is adjourned to November 30, 2022 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The defendant's sentencing submissions are due no later than November 16, 2022; the Government's sentencing submissions are due no later than November 23, 2022.

SO ORDERED.

Dated: November 1, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge