**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

**MEMORANDUM ENDORSED**     January 30, 2023

<u>Via ECF and Email</u>
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

1/31/2023

Re:  <u>United States v. Edwin Walker</u>
     21 Cr. 797 (GHW)

Dear Judge Woods,

    I write to respectfully request that the Court adjourn Mr. Walker's sentencing, which is currently scheduled for February 16, 2023 for approximately 90 days. I am currently on trial in a capital case, <u>United States v. Saipov</u>, 17 Cr. 722 (VSB), before the Honorable Vernon S. Broderick. The parties had hoped that the Saipov trial would be completed by now, but jury selection took much longer than we anticipated. As such, we plan to begin the penalty phase on Monday, February 6 and it is expected to last to at least the middle of March. Given the stakes of Mr. Saipov's trial, I cannot effectively prepare for, or represent Mr. Walker at his sentencing until the trial is over.

    In addition, Mr. Walker was recently diagnosed [REDACTED]. Given that Mr. Walker's need for medical care will be an important consideration under 18 U.S.C. § 3553(a), the requested adjournment will also enable us to present the Court with a more full and accurate picture of his [REDACTED] at the time of sentencing.

    I have spoken with A.U.S.A. Andrew Jones, and the government consents to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Walker
212-417-8729

Application granted. The sentencing hearing is adjourned to May 16, 2023 at 11:00 a.m. The defendant's sentencing submissions are due no later than May 2, 2023; the Government's sentencing submissions are due no later than May 9, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 80.

SO ORDERED.

Dated: January 31, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge