**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 25, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2024

**MEMORANDUM ENDORSED**

BY ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Edwin Walker**
      **21 Cr. 797 (GHW)**

Dear Judge Woods,

I write to request that the Court terminate Mr. Walker's term of home incarceration a few weeks early and authorize the removal of Mr. Walker's electronic monitor. The United States Probation Office, by Officer Lauren Blackford, and the Government, by Assistant United States Attorney Brandon Harper, have no objection to this request.

Mr. Walker has been on supervised release since May 2023. For more than a year, Mr. Walker has been fully compliant with all conditions imposed upon him by the Court. In addition, Mr. Walker is currently successfully participating in the RISE Court overseen by the Honorable Judge Vernon S. Broderick. Mr. Walker has maintained consistent employment; he is currently working as a sales representative at a clothing store, five days a week. He was recently named the Employee of the Month. Mr. Walker completed radiation treatment for his cancer and remains under the care of his doctors, who have prescribed medication to prevent it from returning. Most recently – and most importantly to Mr. Walker – he just became a grandfather for the first time.

Mr. Walker has completed more than 10 of the 12 months of home incarceration that the Court ordered as part of his sentence. Recently, Mr. Walker has struggled with the monitor itself, which was badly bruising his leg. Probation switched the monitor to the other leg, and now that one is bruised. Given his exceptional track record of compliance, and given this physical trouble with wearing the monitor, we hope the Court will consider cutting short – by less than two months – the term of home incarceration.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Counsel for Mr. Walker
212-417-8729

cc:   Assistant U.S. Attorney Brandon Harper
      Pretrial Services Officer Lauren Blackford

Application denied. The application to end the defendant's term of home incarceration early is denied. The Court authorizes the probation department to utilize alternative methods of location monitoring to enforce that condition in its discretion.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 101.
SO ORDERED.
Dated: August 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge